UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:23–cr–00015–HYJ

v.                                  Hon. Hala Y. Jarbou

ARISKNIGHT ARKIN–EVERETT WINFREE,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:            April 10, 2024   09:00 AM
Chief Judge:          Hala Y. Jarbou
Place/Location:      128 Federal Building, Lansing, MI

                                        HALA Y. JARBOU
                                        Chief United States District Judge

Dated:  March 28, 2024       By:    /s/ B. Sauve
                                        Case Manager