UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARISKNIGHT ARKIN-EVERETT WINFREE,

    Defendant.
_____/

Case No. 1:23-CR-15

Hon. Hala J. Jarbou
Chief United States District Judge

## SECOND STIPULATION ADJOURN SENTENCING

The parties stipulate to continue the sentencing currently scheduled for October 7, 2024 @ 10am, to 11:00am if the Court's schedule allows.

1. On August 21, 2024, the parties requested an adjournment of the sentencing date in this case to allow AUSA Reust to travel on prearranged and prebooked trip that conflicted with the date of sentencing. (R. 83, PageID 304.)

2. Later that day, the Court granted the request, and it continued sentencing to October 7, 2024 at 10 am. (R.84, PageID. 306.)

3. On October 2, 2024, AUSA Reust conferred with defense counsel regarding adjourning the sentencing to later in the day.

4. Defense counsel is amendable to pushing the sentencing back one hour if the Court allows; however, due to conflicts in Grand Rapids, Defense counsel is not available after 12pm.

Date: 10/04/2024

*/s/ Davin M. Reust*
Davin M. Reust
Assistant United States Attorney
Davin.reust@usdoj.gov

Date: 10/04/2024

*/s/ Heath M. Lynch*
Heath M. Lynch
Attorney for Arisknight Winfree
heath@sbbllaw.com