UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                           Case No. 1:23-cr-00015-HYJ

v.                                        Hon. Hala Y. Jarbou

ARISKNIGHT ARKIN-EVERETT
WINFREE,

    Defendant.
_____/

## ORDER

    The Court having reviewed the parties' Second Stipulation to Adjourn Sentencing (ECF No. 98), **IT IS ORDERED** that the parties' stipulation (ECF No. 98) is **GRANTED**. Sentencing is re-scheduled from 10:00 AM to 11:00 AM on Monday, October 7, 2024.

    IT IS SO ORDERED.

Dated:  October 4, 2024                         /s/ Hala Y. Jarbou
                                                             HALA Y. JARBOU
                                                              Chief United States District Judge